Deeves & Son. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed, and new trial ordered. See, also, 147 N. Y. Supp. 1101. Edward P. Mowton, of New York City, for appellant. Henry Waldman, of New York City, for respondent.

PER CURIAM. The verdict of the jury, in so far as it found that there had been any removal of the plank, was against the weight of evidence. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to the appellant to abide the event.

---

BUCKLEY, Respondent, v. NEW YORK HOMEOPATHIC MEDICAL COLLEGE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by John Buckley against the New York Homeopathic Medical College and others. S. P. Anderton, of New York City, for appellants. G. O. Redington, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BUNCE v. HUMPHREY. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Albert A. Bunce against Charles F. Humphrey. No opinion. Motion granted. Questions certified. Order filed. See, also, 147 N. Y. Supp. 1101.

---

In re BURNETT. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) In the matter of the application of Helen D. Burnett for the payment of award to parcel No. 2, in the matter of Van Alst avenue, etc., for a school site. No opinion. Francis J. Sullivan, Esq., appointed referee to take proof of the claims of the city as to tax liens against the fund, and report, with his opinion, to this court. The question of defraying the expenses of the reference is reserved until the coming in of the report. See, also, 161 App. Div. 886, 145 N. Y. Supp. 1115.

---

BUSH v. BUSH et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Pine E. Bush against Marion E. Bush and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 148 N. Y. Supp. 1108.

---

BUSH v. BUSH et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Pine E. Bush against Marion E. Bush and others. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 148 N. Y. Supp. 1108.

---

BUSHBY v. BERKELEY. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by James C. Bushby against Lancelot M. Berkeley. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. For opinion below, see 85 Misc. Rep. 178, 148 N. Y. Supp. 121.

---

BUTLER v. ALTER et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by John F. Butler against Charles Alter and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 139 N. Y. Supp. 882.

---

BUTLER, Appellant, v. TRANSIT DEVELOPMENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by George Butler against the Transit Development Company. No opinion. Judgment unanimously affirmed, with costs.

---

BUTTACAVOLI, Respondent, v. JAMES A. STEVENSON CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Adeline Buttacavoli, an infant, by Carlo Buttacavoli, her guardian ad litem, against the James A. Stevenson Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

BUTZGY, Appellant, v. SCHNEIDER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Ludwig Butzgy against Heinrich Schneider and others. No opinion. Judgment affirmed, with costs; but the finding of fact designated second, appearing at folio 53 of the record on appeal, is reversed and set aside, as being contrary to the evidence in the case.

---

CABONI, Appellant, v. GOTT, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Michael Caboni against Fred A. Gott. No opinion. Motion granted, and appeal dismissed, with costs. See, also, 149 App. Div. 440, 134 N. Y. Supp. 337.

---

CAHILL, Respondent, v. BENZ AUTO IMPORT CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Margaret Cahill, as administratrix, etc., of Teresa Cahill, deceased, against the Benz Auto Import Company of America. No opinion. Judgment and order unanimously affirmed, with costs.

---

CAHILL, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by Mary D. Cahill against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

---

CALKINS, Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by

Mary E. Calkins, as administratrix, etc., against James M. Hart. No opinion. Judgment and order affirmed, with costs.

CAMALDA, Respondent, v. RUTLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Vincenza Camalda, as administratrix, etc., against the Rutland Railroad Company. Martin Gilligan, for appellant. R. Maggio, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CARNEY, Appellant, v. PENN REALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Joseph P. Carney against the Penn Realty Company. No opinion. Judgment affirmed, with costs.

CARRAN v. OPPENHEIMER. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Robert I. Carran against August Oppenheimer. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

CASE v. WALTER et al. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Frank M. Case, Jr., against Eugene Walter and others. No opinion. Motion granted, without costs. Order filed. See, also, 147 N. Y. Supp. 1102.

CASEY, Appellant, v. GANNON et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 11, 1914.) Action by John J. Casey against Frank S. Gannon and another, as executors, etc. No opinion. Motion denied, without costs.

CASSIDY, Appellant, v. DEVOY, County Clerk, Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) In the matter of the application of Joseph Cassidy, for a writ of mandamus against Charles S. Devoy, Clerk of the County of Kings. No opinion. Order reversed, with $10 costs and disbursements, and motion for a peremptory writ of mandamus granted, with $25 costs on authority of Willett v. Devoy, 148 N. Y. Supp. 1002, decided herewith.

CHALMERS v. MURPHY et al. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Harry B. Chalmers against Franklin Murphy and others. H. E. White, of New York City, for appellants. H. A. Content, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 146 N. Y. Supp. 1086.

CHAPMAN, Respondent, v. GLOBE MALLEABLE IRON & STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Fred B. Chapman against the Globe Malleable Iron & Steel Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence on the questions of defendant's negligence and plaintiff's freedom from contributory negligence.

KRUSE, P. J., dissents.

CHARLES, Respondent, v. LEONARD, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Adelaide W. Charles, as sole executrix, etc., against George B. Leonard. No opinion. Motion denied, with leave to renew after the action has been revived against the personal representatives of the deceased defendant. See, also, 155 App. Div. 919, 140 N. Y. Supp. 1113.

CHAUCOIS, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Frederic A. Chaucois, trading under the name of Frederic A. Chaucois & Co., against Wilber Miller. No opinion. Order unanimously affirmed, with costs.

CITY OF NEW YORK, Respondent, v. BLEECKER ST. & F. F. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the City of New York against the Bleecker Street & Fulton Ferry Railroad Company. H. J. Smith, of New York City, for appellant. W. E. C. Mayer, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CLARK, Respondent, v. CLARK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Mary L. Clark against James M. Clark and the Hudson Iron Company. No opinion. Appeal withdrawn, on condition that within 10 days after the entry of this order the appellant pay the costs and disbursements of said appeal as taxed to each of the respondents; in default thereof, the motion to withdraw the appeal is denied. See, also, 157 App. Div. 929, 142 N. Y. Supp. 1113.

CLARK, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Michael Clark against James F. Williams. No opinion. Judgment and order of the County Court of Dutchess County affirmed, with costs.

CLEARY, Appellant, v. R. E. DIETZ CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by George P. Cleary against the R. E. Dietz Company.

PER CURIAM. The Justices qualified to sit in this appeal being equally divided and unable to render a decision herein, the same is ordered transferred to the Appellate Division,